**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6687**

_____

JOHN ERVIN WILSON, JR. a/k/a John Wilson, a/k/a John E. Wilson,

        Plaintiff – Appellant,

   v.

OFFICER SHAMIKA BRODDY,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Bristow Marchant, Magistrate Judge. (9:14-cv-02531-BM)

_____

Submitted: October 28, 2015        Decided: November 5, 2015

_____

Before MOTZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

John Ervin Wilson, Appellant Pro Se. David Cornwell Holler, LEE ERTER WILSON HOLLER & SMITH, LLC, Sumter, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Ervin Wilson appeals the magistrate judge's* order granting summary judgment to defendant and dismissing Wilson's complaint filed under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Wilson v. Broddy</u>, No. 9:14-cv-02531-BM (D.S.C. Mar. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

* The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c) (2012).

2